IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| QADIR PETTUS | : | |

## ORDER FOR BENCH WARRANT

AND NOW, this 22nd day of July, 2026, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

Carol S Wells

HONORABLE CAROL SANDRA MOORE WELLS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| QADIR PETTUS | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 22nd day of July, 2026, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Megan Curran, Special Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s Megan Curran*
MEGAN CURRAN
Special Assistant United States Attorney