AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
ZAAHIR MCGOUGH
*Defendant*

Case No. 26-324-3

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ZAAHIR MCGOUGH ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:371 - CONSPIRACY TO STEAL GOVERNMENT FUNDS
18:1708 - POSSESSION OF STOLEN MAIL

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: 07/22/2026

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George V. Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/23/2026 , and the person was arrested on *(date)* 7/23/2026
at *(city and state)* Philadelphia, PA .

Date: 7/23/2026

[signature]
*Arresting officer's signature*

Francisco Morales, US Postal Inspector
*Printed name and title*