

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Megan Curran*
*Direct Dial: (215) 861-8901*
*Facsimile: (215) 861- 8618*
*E-mail Address:  Megan.Curran@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 28, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Nyeem Anderson, et al
                Criminal No. 26-324

Dear Clerk:

      Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on July 22, 2026.

                              Very truly yours,

                              DAVID METCALF
                              United States Attorney

                               */s Megan Curran*
                              MEGAN CURRAN
                              Special Assistant United States Attorney