IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 26-cr-324-3 |
| ZAAHIR MCGOUGH | | |

**SCHEDULING ORDER**

AND NOW, this 3rd day of August 2026, pursuant to the Speedy Trial Act of 1974 and all subsequent amendments thereto, and in accordance with the Federal Rules of Criminal Procedure, it is hereby **ORDERED** as follows:

1. During all stages of this criminal prosecution, the attorneys of record shall comply with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Local Rules adopted by this district, and this Court's Policies and Procedures for Counsel.
2. The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offenses or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of witnesses.
3. Any violation of the disclosure obligations may result in exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, or any other relief authorized by law.

4. Discovery in this case shall be completed by **August 24, 2026**. All expert reports and expert curriculum vitae shall be exchanged between the parties by **August 31, 2026**.

5. Pretrial motions must be filed by **September 7, 2026**. Responses shall be filed no later than **September 14, 2026** unless otherwise ordered.

6. Motions *in limine* must be filed by **September 21, 2026**. Responses shall be filed no later than **September 28, 2026** unless otherwise ordered.

7. Pretrial memoranda, witness lists, *voir dire* questions, jury instructions, and verdict forms must be filed by **September 28, 2026**.

8. The jury trial is scheduled for **October 5, 2026** at **8:30 AM** before the **Honorable Chad F. Kenney** in a **courtroom to be determined**. Counsel of record must provide copies of all trial exhibits.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, J.

Cc: Counsel