## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:** U.S. Pretrial Services, PAE
Wm. Green Federal Office Bldg.
600 Arch St., Suite 4408
Philadelphia, PA 19106

☒ **Original Notice**      ☐ **Notice of Disposition**

**Date:** August 6, 2026      **Date:**

**By:** Christopher A. Narcisi      **By:**
U.S. Pretrial Services Officer

**Defendant:**   Zaahir Gregory McGough      **Case Number:**   2:26CR00324-3

**Date of Birth:** ██████      **Place of Birth:**   PA, U.S.A.

**SSN:** ██████

**Notice of Court Order**    (Order Date:  July 23, 2026)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the
pendency of this action.

☒ The above-named defendant surrendered Passport Number ██████
to the custody of the U.S. District Court on  July 24, 2026

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the
document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court