**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-CR-324-3** |
| **ZAAHIR MCGOUGH** | : | |

**ORDER**

AND NOW, this 3rd day of September, 2026, upon consideration of the government's motion for a protective order, it is hereby

ORDERED

that, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, defense counsel may make whatever use of the discovery materials in this case necessary to effectively represent the defendant, including the disclosure of the materials to the defendant, with the following limitations:

1. Defense counsel may show to, but shall not leave copies of any materials in the possession of the defendant or any third party, that contains identifying information of other persons, including but not limited to birth dates, addresses, social security numbers, bank and credit card account numbers, and other financial information.
2. This order does not preclude defense counsel from providing copies of these materials to defense counsel's staff or to third parties, such as experts, as may be necessary for defense counsel's work on the defense of this matter, provided that: (i) defense counsel shall provide such persons with a copy of this protective order, advise such persons that the discovery materials are not to be further copied or disseminated, and

(ii) have such persons return to defense counsel any copies of the discovery materials as soon those persons' need for them has ended, or the conclusion of the case, whichever comes first.

BY THE COURT:

/s/ Chad F. Kenney

HONORABLE CHAD F. KENNEY
*Judge, United States District Court*