**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 26-324** |
| | : | |
| | : | |
| **ZAAHIR McGOUGH** | : | |

**O R D E R**

**AND NOW**, this day of , 2026, upon consideration of the Defendant's Unopposed Motion for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**. The Court finds that the parties need additional time to determine whether a non-trial disposition can be negotiated and if not, the defense needs more time to prepare for trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the day of , 2027.

**BY THE COURT:**

**HONORABLE CHAD F. KENNEY**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 26-324** |
| | : | |
| | : | |
| **ZAAHIR McGOUGH** | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

Zaahir McGough, by and through his attorney, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully requests that the Court continue the trial. In support of this request, it is stated:

1. On July 26, 2026, Mr. Bailey was arraigned before The Honorable Carol Sandra Moore Wells and entered a plea of not guilty to the Indictment.

2. Trial is scheduled to commence on October 5, 2026.

3. Additional time will be necessary to review discovery with my client and to effectively investigate other matters, including conducting investigations, filing pretrial motions and preparing the case for trial as well as to explore the possibility of a non-trial disposition. A continuance of not less than (90) days is respectfully requested.

4. Under the Speedy Trial Rule, Title 18 U.S.C. §§ 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy Trial. Defense counsel agrees that all time until the next trial date would be excludable if the Court grants the instant motion.

5. Failure to grant this request for a continuance would result in a miscarriage of

justice, 18 U.S.C. § 3161(h)(7)(B)(i).

6. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent defendant at trial.

7. Defense counsel has thoroughly discussed this continuance motion with Mr. McGough, and he does not have any objection to this request. A fully executed speedy trial waiver will be forthcoming.

8. Assistant United States Attorney Megan Curran has no objection to this continuance motion.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted, and the trial be continued for not less than ninety (90) days.

Respectfully submitted,

/s/ *Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Unopposed Motion for Continuance of Trial by electronic notification and/or by electronic mail upon:

Megan Curran
Assistant United States Attorneys
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106.

/s/ *Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

DATE: September 8, 2026